# EXHIBIT A

| Date | Page Number Reference | Author | Recipient | Document Description | Privilege |
|---|---|---|---|---|---|
| 4/20/2017 | Page 1 | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Tim Lamotte of Northern Tree and Chrystal @ Phillips Insurance) | Claim/Legal/Litigation-Reserve Increase | Work Product |
| 3/17/2016 | Pages 2-5 | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Internal Form-Zurich Claims | Claim/Legal Case Summary Reports Workers' Compensation | Work Product |
| 3/8/2016 | Pages 6-8 | Matthew Bennett (Zurich Claims Recovery Quality Assurance) | Internal Form-Zurich Claims | Recovery Services Case Summary | Work Product |
| 10/19/2015 | Pages 9-11 | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Internal Form-Zurich Claims | Claim/Legal Case Summary Reports Workers' Compensation | Work Product |
| 4/13/2017 | Pages 12-16 | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Internal Form-Zurich Claims | Claim/Legal Case Summary Reports Workers' Compensation | Work Product |
| 9/30/2016 | Pages 17-20 | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Internal Form-Zurich Claims | Claim/Legal Case Summary Reports Workers' Compensation | Work Product |
| 5/11/2017 | Pages 21-22 | Jim Vehige (Zurich Mechanical Claims Specialist) | Misty Melnyk (Zurich Recovery Specialist II) | Subrogation-Third Party Recovery Litigation Related Discussions | Work Product |
| 5/9/2017 | Pages 23-24 | Misty Melnyk (Zurich Recovery Specialist II) | Tim Lamotte of Northern Tree with cc: to Joanne Barba (Zurich Workers' Compensation Claims Specialist) and Daniel Slania (Zurich Claims Customer Services Account Executive) | Subrogation-Third Party Recovery Litigation Related Discussions | Work Product |
| 5/12/2017 | Pages 34-37 | Ryan L. Woody (Matthiesen, Wickert & Lehrer, S.C.) | Misty Melnyk (Zurich Recovery Specialist II) | Subrogation-Third Party Recovery Litigation Related Discussions | Work Product |
| 10/4/2017 | Pages 25-33 | Misty Melnyk (Zurich Recovery Specialist II) | Sondra Oldach cc: Patrick McHugh (of Pellegrini, Seeley, Ryan & Blakesley, P.C.) | Subrogation-Third Party Recovery Litigation Related Discussions | Work Product |
| 10/17/2017 | Page 1 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | | Subrogation-Third Party Recovery Litigation Related Discussions/Plan of Action | Work Product |
| 10/13/2017 | Page 1 of Notes | Jim Vehige (Zurich Mechanical Claims Specialist) | | Subrogation-Third Party Recovery Litigation Related Discussions/Investigation | Work Product |
| 10/13/2017 | Page 1 of Notes | Misty Melnyk (Zurich Recovery Specialist II) | | Subrogation-Third Party Recovery Litigation Related Discussions | Work Product |
| 10/9/2017 | Page 1 of Notes | Misty Melnyk (Zurich Recovery Specialist II) | | Subrogation-Third Party Recovery Litigation Related Discussions | Work Product |
| 10/9/2017 | Page 2 of Notes | Misty Melnyk (Zurich Recovery Specialist II) | | Subrogation-Third Party Recovery Litigation Related Discussions | Work Product |
| 10/9/2017 | Page 2 of Notes | Misty Melnyk (Zurich Recovery Specialist II) | | Subrogation-Third Party Recovery Litigation Related Discussions | Work Product |
| 10/9/2017 | Page 2 of Notes | Misty Melnyk (Zurich Recovery Specialist II) | | Subrogation-Third Party Recovery Litigation Related Discussions | Work Product |
| 10/4/2017 | Page 3 of Notes | Misty Melnyk (Zurich Recovery Specialist II) | | Subrogation-Third Party Recovery Litigation Related Discussions | Work Product |
| 9/12/2017 | Page 3 and 4 of Notes | Misty Melnyk (Zurich Recovery Specialist II) | | Subrogation-Third Party Recovery Litigation Related Discussions | Work Product |
| 9/12/20017 | Page 4 of Notes | Misty Melnyk (Zurich Recovery Specialist II) | Tim Lamotte of Northern Tree with Misty Melnyk (Zurich Recovery Specialist II) | Subrogation-Third Party Recovery Litigation Related Discussions | Work Product |
| 9/12/2017 | Page 5 of Notes | Misty Melnyk (Zurich Recovery Specialist II) | | Subrogation-Third Party Recovery Litigation Related Discussions | Work Product |

| Date | Page | Person 1 | Person 2 | Subject | Privilege |
|---|---|---|---|---|---|
| 9/12/2017 | Page 5 of notes | Misty Melnyk (Zurich Recovery Specialist II) | | Subrogation-Third Party Recovery Litigation Related Discussions | Work Product |
| 9/11/2017 | Page 5-6 | Misty Melnyk (Zurich Recovery Specialist II) | | Subrogation-Third Party Recovery Litigation Related Discussions | Work Product |
| 9/8/2017 | Page 6 of Notes | Misty Melnyk (Zurich Recovery Specialist II) | | Subrogation-Third Party Recovery Litigation Related Discussions | Work Product |
| 7/19/2017 | Page 7 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | | Subrogation-Third Party Recovery Litigation Related Discussions/Plan of Action | Work Product |
| 6/15/2017 | Page 7-8 of Notes | Misty Melnyk (Zurich Recovery Specialist II) | Tim Lamotte of Northern Tree with Misty Melnyk (Zurich Recovery Specialist II) | Subrogation-Third Party Recovery Litigation Related Discussions | Work Product |
| 6/12/2017 | Page 8 of Notes | Misty Melnyk (Zurich Recovery Specialist II) | Tim Lamotte of Northern Tree with Misty Melnyk (Zurich Recovery Specialist II) | Subrogation-Third Party Recovery Litigation Related Discussions | Work Product |
| 6/15/2017 | Page 8 of Notes | Misty Melnyk (Zurich Recovery Specialist II) | | Subrogation-Third Party Recovery Litigation Related Discussions | Work Product |
| 5/22/2017 | Page 8-9 of Notes | Jim Vehige (Zurich Mechanical Claims Specialist) | | Subrogation-Third Party Recovery Litigation Related Discussions/Investigation | Work Product |
| 5/12/2017 | Page 10 of Notes | Misty Melnyk (Zurich Recovery Specialist II) | | Subrogation-Third Party Recovery Litigation Related Discussions | Work Product |
| 5/11/2017 | Pages 11-12 of Notes | Jim Vehige (Zurich Mechanical Claims Specialist) | | Subrogation-Third Party Recovery Litigation Related Discussions/Investigation | Work Product |
| 5/9/2017 | Page 11 of Notes | Misty Melnyk (Zurich Recovery Specialist II) | | Subrogation-Third Party Recovery Litigation Related Discussions | Work Product |
| 5/9/2017 | Page 11-12 of Notes | Misty Melnyk (Zurich Recovery Specialist II) | | Subrogation-Third Party Recovery Litigation Related Discussions | Work Product |
| 5/9/2017 | Page 12 of Notes | Susan Carter (Claims Admin) | | Subrogation-Third Party Recovery Litigation Related Discussions/Investigation | Work Product |
| 4/17/2017 | Page 12 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | | Subrogation-Third Party Recovery Litigation Related Discussions/Litigation | Work Product |
| 4/13/2017 | Page 13 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | | Subrogation-Third Party Recovery Litigation Related Discussions/Reserves | Work Product |
| 4/13/2017 | Page 13-14 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | | Subrogation-Third Party Recovery Litigation Related Discussions/Plan of Action | Work Product |

| Date | Page | Author | Description | Privilege |
|---|---|---|---|---|
| 4/13/2017 | Page 14 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Subrogation-Third Party Recovery Litigation Related Discussions/Reserves/Evaluations Settlement | Work Product |
| 1/18/2017 | Page 14 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Subrogation-Third Party Recovery Litigation Related Discussions/Plan of Action | Work Product |
| 9/29/2016 | Page 15-16 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Legal/Claim/Case Strategy | Work Product |
| 9/29/2016 | Page 16 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Legal/Claim/Evaluations Settlement | Work Product |
| 7/8/2016 | Page 16 of Notes | Matthew Bennett (Zurich Claims Recovery Quality Assurance) | Legal/Claim/Case Notes | Work Product |
| 3/17/2016 | Page 16-17 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Legal/Subro/Case Strategy | Work Product |
| 3/17/2016 | Page 17 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Legal/Subro/Case Strategy | Work Product |
| 2/9/2016 | Page 17 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Legal/Subro/Plan of Action | Work Product |
| 2/9/2016 | Page 17 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Legal/Subro/Reserves | Work Product |
| 12/15/2015 | Page 19-20 of Notes | Matthew Bennett (Zurich Claims Recovery Quality Assurance) | Legal/Subro/Case Review/Strategy | Work Product |
| 12/15/2015 | Page 20 of Notes | Matthew Bennett (Zurich Claims Recovery Quality Assurance) | Legal/Subro/Case Review/Strategy | Work Product |
| 12/15/2015 | Page 20 of Notes | Jennifer Gonzales (Zurich Subro Employee, no longer in our system, not sure of title) | Legal/Subro/Case Review/Strategy | Work Product |
| 12/15/2015 | Page 20 of Notes | Jennifer Gonzales (Zurich Subro Employee, no longer in our system, not sure of title) | Legal/Subro/Case Review/Strategy | Work Product |
| 12/15/2015 | Page 21 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Legal/Subro/Case Review/Plan of Action | Work Product |
| 10/19/2015 | Page 22 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Legal/Subro/Case Review/Reserves | Work Product |
| 10/19/2015 | Page 22 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Legal/Subro/Case Review/Investigation | Work Product |
| 10/15/2015 | Page 22 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Legal/Subro/Case Review/Plan of Action | Work Product |
| 9/15/2015 | Page 22 of Notes | Bonnie Morin (Zurih Claims Team Manager) | Legal/Subro/Case Review/Supervisor Review Legal Strategy Claim Set Up | Work Product |
| 5/11/2015 | Page 23 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Legal/Subro/Case Review/Reserves | Work Product |

| Date | Location | Author/Recipient | Description | Privilege |
|---|---|---|---|---|
| 5/5/2015 | Page 25 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Legal/Subro/Case Review/Reserves | Work Product |
| 5/5/2015 | Page 25 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Legal/Subro/Case Review/Case Strategy | Work Product |
| 5/5/2015 | Pages 25-26 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Subrogation-Third Party Recovery Litigation Related Discussions/Case Strategy Plan of Action | Work Product |
| 5/5/2015 | Page 26 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Subrogation-Third Party Recovery Litigation Related Discussions/Reserves | Work Product |
| 5/5/2015 | Page 26 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Subrogation-Third Party Recovery Litigation Related Discussions/Evaluations Settlement | Work Product |
| 5/5/2015 | Pages 26-27 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Litigation Related Discussions/Reservest | Work Product |
| 4/1/2015 | Page 28 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Litigation Related Discussions/Reserves | Work Product |
| 4/1/2015 | Page 28 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Litigation Related Discussions/Reserves/Case Strategy | Work Product |
| 4/1/2015 | Page 29 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Litigation Related Discussions/Plan of Action | Work Product |
| 3/24/2015 | Page 31 of Notes | Bonnie Morin (Zurih Claims Team Manager) | Legal/Subro/Case Review/Review of Strategy | Work Product |
| 3/23/2015 | Page 31-32 of Notes | Joanne Barba (Zurich Workers' Compensation Claims Specialist) | Legal/Subro/Case Review/Investigation | Work Product |