# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

RONALD ANDERSON,

    Plaintiff,

v.

JEWELL TIRE RETREADING, INC.,

    Defendant.

CIVIL ACTION NO. 17-cv-30112-MAP

**AFFIDAVIT OF JOANNE BARBA**

I, Joanne Barba, do on oath depose and say:

1. I am over the age of 18 and hereby state the following is the truth.

2. I am a Workers' Compensation Claims Specialist for Zurich American Insurance Company ("Zurich"), and I reviewed the facts and circumstances regarding Ronald Anderson's ("Mr. Anderson") workers' compensation claim file, which was assigned to me.

3. As a Workers' Compensation Claims Specialist, my duties include the referral of certain claims for subrogation consideration.

4. In assessing subrogation referral, Zurich's practices are to consider, among other things, whether a claimant's injury appears to arise from a defective product, defective machinery, or a motor vehicle accident.

5. Based on my experience, not more than 20% of claims that I review are referred for subrogation consideration.

6. In connection with my review of Mr. Anderson's claim, I became aware that Mr. Anderson's injury was caused by a potentially defective tire, which had exploded.

7. I further became aware that Mr. Anderson was not a party adding air to, or doing any work on, the tire before it had exploded.

8. I considered that the alleged injury was potentially caused by a defective tire.

9. On March 13, 2015, after assessing the facts and circumstances of Mr. Anderson's claim, including the exploding tire and resulting injury, I referred Mr. Anderson's claim for subrogation consideration.

10. In so referring, I considered, among other things, that a tire, manufactured by a third-party, exploded causing Mr. Anderson's injury.

11. After March 13, 2015, I became aware that the claim began to be assessed by Zurich concerning the pursuit of subrogation based on a defective product.

12. As part of my continued involvement with Mr. Anderson's claim after subrogation referral, I became aware of certain litigation-related discussions, plans of action, and case strategies based on the circumstances surrounding Mr. Anderson's injury.

13. I would not have referred this case for subrogation consideration if Mr. Anderson's injury did not appear to be caused by a defective third-party product.

Signed under the penalties of perjury this 8th day of December, 2017.

_____
Joanne Barba

1326934_1
15021-202465